```
FILED
CLERK, U.S. DISTRICT COURT

DEC 11 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LOY DINES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:16-cv-02629-E<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,002.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 12/11/17

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ Denise Bourgeois Haley

4   _____
    Denise Bourgeois Haley
    Attorney for plaintiff Wayne Loy Dines
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26